## Commonwealth ex rel. Garrison, Appellant, v. Maroney.

Argued October 8, 1965. Before BELL, C. J., JONES, EAGEN, O'BRIEN and ROBERTS, JJ.

*Robert N. Peirce, Jr.,* for appellant.

*Edwin J. Martin,* Assistant District Attorney, with him *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, March 22, 1966:
Order affirmed.